**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| ADP, Inc. and ADP Commercial Leasing, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Barth-Peffer, Inc., Bill Barth Ford, Inc., and Paradise Valley Ford Lincoln, )<br>)<br>Defendants. ) | **ORDER**<br><br>Case No. 1:07-cv-055 |

___

On September 17, 2007, the Defendants filed a petition for Attorney Peter J. Pizzi to appear pro hac vice on their behalf. On September 25, 2007, the Defendants filed a Withdrawal of Appearance of Mr. Pizzi. Accordingly, the petition (Docket No. 4) is deemed **MOOT** and Mr. Pizzi is granted leave to withdraw.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge