**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| ADP, Inc., and ADP Commercial Leasing, LLC, ) ) ) Plaintiffs, ) ) vs. ) ) Barth-Peffer, Inc.; Bill Barth Ford, Inc.; and ) Paradise Valley Ford Lincoln Mercury, Inc., ) ) Defendants. ) | **ORDER** Case No. 1:07-cv-055 |

The court directs the Clerk of Court to seal the Settlement Agreement (Docket No. 52) filed in the above-entitled action.

**IT IS SO ORDERED**.

Dated this 17th day of October, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge