**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| ADP, Inc., and ADP Commercial Leasing, LLC, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | Case No. 1:07-cv-055 |
| Barth-Peffer, Inc.; Bill Barth Ford, Inc.; and Paradise Valley Ford Lincoln Mercury, Inc., | ) ) ) ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation for Dismissal and Entry of Judgment" filed on October 17, 2008.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 53) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.  Judgment may be entered in favor of the plaintiff, ADP, Inc., and against the defendant, Paradise Valley Ford Lincoln Mercury in the sum of $93,920.79.  Judgment may also be entered in favor of the plaintiff, ADP Commercial Leasing, LLC, and against the defendant, Paradise Valley Ford Lincoln Mercury in the sum of $58,409.69.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court